**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
WAGNER FARM PROPERTIES, LLC,

                              Plaintiff,

        - v -                                            Civ. No. 1:09-CV-485
                                                              (GTS/RFT)

TRI-STATE SOLARCRETE, LLC
                              Defendant.

TRI-STATE SOLARCRETE, LLC,

                              Counterclaim Plaintiff,
        - v -

WAGNER FARM PROPERTIES, LLC,
                              Counterclaim Defendant.

**RANDOLPH F. TREECE**
**United States Magistrate Judge**

**ORDER**

      Recently, the Court received Wagner Farm's Letter Motion seeking to extend the discovery deadline as well as a Status Report and a Letter Brief from the other parties seeking new dates by which to complete expert discovery.  *See* Dkt. Nos. 69, 70, & 71.  A telephone conference, on the record, was held on November 16, 2010.  Based upon the written submissions and the telephone conference, the Court grants the following relief:

      The Scheduling Order, which had been previously amended, is amended once again: (1) the discovery deadline is **April 29, 2011**; (2) final day to file dispositive motion is **May 31, 2011**; (3) the trial ready date is **August 30, 2011**; (4) the trial date is **September 19, 2011**; (5) all other provisions of the Scheduling Order shall remain in effect; (5) no further extensions will be granted.

      In reference to expert disclosure, Wagner Farm, CH-Four Biogas, and Keller Engineering Associates wish to respond to Tri-State Solarcrete's expert report.  Therefore, Wagner Farm, CH-Four Biogas, and Keller Engineering shall serve their respective expert reports on or before

**December 30, 2010.** Any rebuttal report shall be served on or before **January 28, 2011.** After all reports have been exchanged, the experts may be deposed, however, those depositions shall be completed on or before **April 29, 2011.**

The Court was advised that, after informal requests were unsuccessful, Wagner Farm recently served a Rule 34 Demand upon Tri-State Solarcrete for its financial records. Wagner Farm, for expediency sake, would like the Court to, *sua sponte*, direct Tri-State Solarcrete to provide the information, even though Tri-State still has time to respond to the Demand. The Court declines this overture but grants Wagner Farm the opportunity to file a Rule 37 motion if it so desires and is warranted.

As a corollary to Wagner Farm's Demand for Tri-State Solarcrete's financial records, if Tri-State refuses to cooperate with its counsel in responding properly to a discovery demands, Tri-State's counsel may renew its motion to withdraw as counsel, without seeking further permission from the Court.

**IT IS SO ORDERED**.

November 17, 2010
Albany, New York

RANDOLPH E. TREECE
United States Magistrate Judge